In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a. LOUIS G. SILVER, Admitted on February 25, 1987, at a Term of the Appellate Division, Second Department. [779 NYS2d 779]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]